S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
KAREN E. VANDERGAW
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR AUGUSTIN POMPA-VILLA,<br><br>Defendant. | No. 3:21-cr-00031-3-RRB-MMS |

**STATUS REPORT REGARDING VICTOR AUGUSTIN POMPA-VILLA**

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully files this Status Report Regarding Victor Augustin Pompa-Villa, in compliance with this Court's order of November 3, 2022, at ECF No. 333. The defendant remains at large as a fugitive, out of custody, and has not made any appearance before any court on the pending charges. He is believed to be in Mexico. The government has no

further information at this time. Nonetheless, the government continues to seek his arrest and ultimate appearance before the Court on the pending charges.

The government does not believe there is any significant possibility that the defendant will return to the United States while the case against his codefendants remains pending, given that two of the codefendants are his brothers. The government therefore asks the Court to order the next status report due no sooner than one year from now, or sooner if there are additional developments.

RESPECTFULLY SUBMITTED February 3, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney

*s/ Karen E. Vandergaw*
KAREN E. VANDERGAW
Assistant U.S. Attorney